1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT

10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                        SOUTHERN DIVISION

12  RONALD FARRIS, et al.,          )      CASE NO. CV05-06166 AG(CTx)
                                    )
13              Plaintiffs,         )      **[Proposed] FINAL JUDGMENT**
                                    )      **[Fed. R. Civ. Proc. 58]**
14      v.                          )
                                    )      Phase One Trial:
15  COUNTY OF RIVERSIDE,            )         May 6-21, 2008
                                    )      Verdict: May 22, 2008
16              Defendant.          )
    _____)      Phase Two Trial:
17                                           November 3-4, 2009
                                           Statement of Decision:
18                                           September 22, 2010

19

20      Throughout these proceedings plaintiffs were represented by

21  Jon Vanderpool, Angela Jae, and Georgiana D'Alessandro of Tosdal,

22  Smith, Steiner & Wax.    Defendant County of Riverside was

23  represented by Brian Walter and Laura Kalty of Liebert, Cassidy,

24  Whitmore.

25      By stipulation of the parties and order of the Court, trial in

26  this action was bifurcated and proceeded in two phases.  In phase

27  one, plaintiffs' claims for willful violation of the Fair Labor

28  Standards Act ("FLSA," 29 U.S.C. §§207, 255) and plaintiffs Glenn

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1   Johnson and Reynald Bodnar's retaliation claims (29 U.S.C.
2   §215(a)), were tried to a jury.  In phase two, defendant's
3   affirmative defenses: partial exemption (29 U.S.C. §207(k)),
4   offsets/credits (29 U.S.C §207(h)(2)), de minimis, and statute of
5   limitations were partially adjudicated by summary judgment and
6   otherwise tried to the Court without a jury.

7   **PHASE ONE:**

8   **THE JURY'S VERDICT FOR PLAINTIFFS ON PRE-SHIFT DONNING/DOFFING**
9   **UNIFORMS, EQUIPMENT, VEHICLE READINESS, WILLFULNESS CLAIMS;**
10  **VERDICT FOR DEFENDANT ON REPORT WRITING, RETALIATION CLAIMS**

11  Phase one trial by jury commenced on May 6, 2008, the
12  Honorable Andrew J. Guilford presiding.  A jury of eight persons
13  was impaneled and sworn, witnesses testified, and evidence
14  admitted.  After being instructed by the Court, the jury
15  deliberated and returned a unanimous special verdict on May 22,
16  2008, as follows:

17  DONNING & DOFFING

18  1.   Is donning/doffing a uniform integral and indispensable to
19       plaintiffs' principal law enforcement activities?
20       Yes ___X___    No _____

21  2.   Is donning/doffing equipment integral and indispensable to
22       plaintiffs' principal law enforcement activities?
23       Yes ___X___    No _____

24  ///
25  ///
26  ///
27  ///
28

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

3.    If you answered "yes" to questions 1 and/or 2, what is the
ordinary rate of time necessarily spent for the following job
classifications of plaintiffs to don/doff their uniforms and
equipment?

|  | Uniform | Equipment |
|---|---|---|
| Patrol: | 9 minutes | 11 minutes |
| Sworn Corrections: | 9 minutes | 6 minutes |
| Non-sworn Corrections: | 9 minutes | 2 minutes |
| Court Services: | 9 minutes | 11 minutes |
| Corrections Transportation: | 9 minutes | 11 minutes |

VEHICLE READINESS

4.    Prior to October 31, 2005, did the Riverside County Sheriff's
Department (RCSD) require patrol deputies to perform the work
of preparing patrol cars before shift?

Yes ___X___    No _____

5.    Did the RCSD know or should it have known that plaintiffs were
performing the work of preparing patrol cars before shift?

Yes ___X___    No _____

6.    If you answered "yes" to questions 4 and 5, what is the
ordinary rate of time necessarily spent by a patrol deputy to
prepare a patrol car?

___13___ minutes

REPORT WRITING

7.    Prior to October 31, 2005, did the RCSD require trainee patrol
deputy plaintiffs to write incident reports without
compensation?

Yes _____    No ___X___

////

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1  8.  Prior to October 31, 2005, did the RCSD require non-trainee

2      patrol deputy plaintiffs to write incident reports without

3      compensation?

4      Yes _____     No __X__

5  9.  Did the RCSD know or should it have known that trainee patrol

6      deputy plaintiffs were writing incident reports without

7      compensation?

8      Yes __X__     No _____

9  10.  Did the RCSD know or should it have known that non-trainee

10      patrol deputy plaintiffs were writing incident reports without

11      compensation?

12      Yes __X__     No _____

13  WILLFULNESS

14  11.  Did the RCSD willfully violate the FLSA as to the following

15      activities:

16      Donning/Doffing – Uniform:      Yes __X__     No _____

17      Donning/Doffing – Equipment:    Yes __X__     No _____

18      Vehicle readiness:          Yes __X__     No _____

19      Report Writing – Trainees:     Yes _____     No __X__

20      Report Writing – Non-trainees:  Yes _____     No __X__

21  RETALIATION – GLENN JOHNSON

22  12.  Did the RCSD take adverse employment action against GLENN

23      JOHNSON?

24      Yes _____     No __X__

25  13.  If you answered "yes" to question 12, was the adverse action

26      motivated by Johnson's protected activity?

27      Yes _____     No _____     Not Applicable __X__

28  ////

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

3          CASE NO. CV05-06166 AG(CTx)

1  14.  If you answered "yes" to question 13, would the RCSD have
2       taken the same employment action regardless of Johnson's
3       protected activity?
4       Yes _____   No _____   Not Applicable ___X___
5  RETALIATION - REYNALDA BODNAR
6  15.  Did the RCSD take adverse employment action against REYNALDA
7       BODNAR?
8       Yes _____   No ___X___
9  16.  If you answered "yes" to question 15, was the adverse action
10      motivated by Bodnar's protected activity?
11      Yes _____   No _____   Not Applicable ___X___
12 17.  If you answered "yes" to question 16, would the RCSD have
13      taken the same employment action regardless of Bodnar's
14      protected activity?
15      Yes _____   No _____   Not Applicable ___X___
16 Dated: _May 22, 2008_                  _D. Cheng_____
                                          Presiding Juror
17 **PHASE TWO:**
18   **SUMMARY JUDGMENT GRANTED IN PART ON DEFENDANT'S EXEMPTION,**
19        **OFFSETS, DE MINIMIS AFFIRMATIVE DEFENSES;**
20   **PLAINTIFFS SHALL RECOVER COMPENSATORY AND LIQUIDATED DAMAGES**
21       Phase two trial was by the Court without a jury on defendant's
22  affirmative defenses and plaintiffs' compensatory and liquidated
23  damages.  Defendant's four separate motions for summary judgment
24  ("MSJ," F.R.C.P. 56) came on for hearing on October 20, 2009, the
25  Honorable Andrew J. Guilford presiding.  The Court: (1) granted
26  defendant's partial exemption defense (29 U.S.C. §207(k)); (2)
27  granted in part and denied in part defendant's offsets/credits
28  defense (29 U.S.C §207(h)(2)); (3) granted defendant's de minimis

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

                            4            CASE NO. CV05-06166 AG(CTx)

1  defenses as to certain time and claimants; and (4) denied
2  defendant's MSJ as to offsets regarding briefing start times.

3      Phase two trial commenced on November 3, 2009, the Honorable
4  Andrew J. Guilford presiding.  Witnesses testified, evidence was
5  admitted, and the parties rested.  Supplemental briefs were
6  submitted by both parties. On September 22, 2010, the Court issued
7  rulings on six issues for phase two as follows: (1.) Claims period
8  - 3 years from the date each plaintiff joined the case; (2.)
9  Briefing start time - is not an offset; (3.) Compensatory time
10  worked - is an offset; (4.)   Holiday pay - is an offset;
11  (5.) Court time issue - only time spent actually testifying counts
12  towards hours worked; (6.) Extra duty time - counts in calculating
13  the amount of hours deputies worked for purposes of overtime
14  compensation.

15      The Court received into evidence the parties' respective
16  summaries of each plaintiff's damages (Fed. R. Evid. 1006), and the
17  evidence to be received in phase two was closed.  Plaintiffs'
18  objections to the County's damages calculations involving county
19  overtime designated as "XTR," were overruled and the Court held
20  "XTR" pay is an offset to liability.

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

TOIDAL, SMITH, STEINER
A WAX
401 West A Street, Suite 320
San Diego, CA 92101-7901
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

5      CASE NO. CV05-06166 AG(CTx)

1    **FINAL JUDGMENT**:

2      **BASED UPON PHASE ONE AND PHASE TWO TRIAL PROCEEDINGS, IT IS**

3    **ORDERED AND ADJUDGED, as follows:**

4    COMPENSATORY AND LIQUIDATED DAMAGES:

5    1.    Plaintiff Lawrence Alves has a judgment against the Defendant

6        COUNTY OF RIVERSIDE in the sum of one thousand three hundred

7        thirteen dollars and twenty-four cents ($1,313.24) as actual

8        damages and an equal amount of one thousand three hundred

9        thirteen dollars and twenty-four cents ($1,313.24) as

10        liquidated damages;

11    2.    Plaintiff John Ammar has a judgment against the Defendant

12        COUNTY OF RIVERSIDE in the sum of fifty-two dollars and

13        twenty-two cents ($52.22) as actual damages and an equal

14        amount of fifty-two dollars and twenty-two cents ($52.22) as

15        liquidated damages;

16    3.    Plaintiff Christopher Angelo has a judgment against the

17        Defendant COUNTY OF RIVERSIDE in the sum of nine hundred three

18        dollars and eight cents ($903.08) as actual damages and an

19        equal amount of nine hundred three dollars and eight cents

20        ($903.08) as liquidated damages;

21    4.    Plaintiff Maxie Barker has a judgment against the Defendant

22        COUNTY OF RIVERSIDE in the sum of six hundred twenty-nine

23        dollars and sixty-one cent($629.61) as actual damages and an

24        equal amount of six hundred twenty-nine dollars and sixty-one

25        cent ($629.61) as liquidated damages;

26    ///

27    ///

28    ///

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

5. Plaintiff Michael Barros has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of four hundred fourteen dollars and thirty-seven cents ($414.37) as actual damages and an equal amount of four hundred fourteen dollars and thirty-seven cents ($414.37) as liquidated damages;

6. Plaintiff Martineau Belgarde has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one thousand five hundred sixty dollars and thirty-three cents ($1,560.33) as actual damages and an equal amount of one thousand five hundred sixty dollars and thirty-three cents ($1,560.33) as liquidated damages;

7. Plaintiff Reynalda Bodnar has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of three hundred ninety-four dollars and seventy-six cents ($394.76) as actual damages and an equal amount of three hundred ninety-four dollars and seventy-six cents ($394.76) as liquidated damages;

8. Plaintiff Daniel Bowden has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one thousand five hundred sixty-four dollars and sixty-nine cents ($1,564.69) as actual damages and an equal amount of one thousand five hundred sixty-four dollars and sixty-nine cents ($1,564.69) as liquidated damages;

9. Plaintiff Shawn Broussard has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of nine hundred fifty-four dollars and twenty-one cents ($954.21) as actual damages and an equal amount of nine hundred fifty-four dollars and twenty-one cents ($954.21) as liquidated damages;

///

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

10. Plaintiff Donald Calkins has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one thousand sixty-two dollars and thirty-three cents ($1,062.33) as actual damages and an equal amount of one thousand sixty-two dollars and thirty-three cents ($1,062.33) as liquidated damages;

11. Plaintiff Jose Carcamo has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of ninety-three dollars and ninety-nine cents ($93.99) as actual damages and an equal amount of ninety-three dollars and ninety-nine cents ($93.99) as liquidated damages;

12. Plaintiff Harold Carpenter shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

13. Plaintiff Michael Casavan shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

14. Plaintiff Orlando Castaneda shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

15. Plaintiff Douglas Cloyd shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

16. Plaintiff Martin Croft shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

17. Plaintiff Shan Darling has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of nine hundred seventy-five dollars and forty-nine cents ($975.49) as actual damages and an equal amount of nine hundred seventy-five dollars and forty-nine cents ($975.49) as liquidated damages;

18. Plaintiff Kevin Scott Divine shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

///

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

8  CASE NO. CV05-06166 AG(CTx)

1    19.    Plaintiff Bradley Decker has a judgment against the Defendant
2        COUNTY OF RIVERSIDE in the sum of one thousand eight hundred
3        sixty-one dollars and seventy cents ($1,861.70) as actual
4        damages and an equal amount of one thousand eight hundred
5        sixty-one dollars and seventy cents ($1,861.70) as liquidated
6        damages;

7    20.    Plaintiff Spencer Dierks has a judgment against the Defendant
8        COUNTY OF RIVERSIDE in the sum of one thousand five hundred
9        ninety-one dollars and twenty cents ($1,591.20) as actual
10       damages and an equal amount of one thousand five hundred
11       ninety-one dollars and twenty cents ($1,591.20) as liquidated
12       damages;

13    21.    Plaintiff Byron Farley has a judgment against the Defendant
14       COUNTY OF RIVERSIDE in the sum of one thousand twenty-three
15       dollars and seventy-five cents ($1,023.75) actual damages and
16       an equal amount of one thousand twenty-three dollars and
17       seventy-five cents ($1,023.75) as liquidated damages;

18    22.    Plaintiff Ronald Farris has a judgment against the Defendant
19       COUNTY OF RIVERSIDE in the sum of thirty-seven dollars and
20       twelve cents ($37.12) as actual damages and an equal amount of
21       thirty-seven dollars and twelve cents ($37.12) as liquidated
22       damages;

23    23.    Plaintiff Sean Freeman has a judgment against the Defendant
24       COUNTY OF RIVERSIDE in the sum of one thousand four hundred
25       ten dollars and seventy-three cents ($1,410.73) as actual
26       damages and an equal amount of one thousand four hundred ten
27       dollars and seventy-three cents ($1,410.73) as liquidated
28       damages;

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

9       CASE NO. CV05-06166 AG(CTx)

24. Plaintiff Cinnamon Gawne has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of six hundred sixty-seven dollars and seventy-three cents ($667.73) as actual damages and an equal amount of six hundred sixty-seven dollars and seventy-three cents ($667.73) as liquidated damages;

25. Plaintiff Andy Gerrard shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

26. Plaintiff Teresa Gill has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one hundred seventy-four dollars and fifty cents ($174.50) as actual damages and an equal amount of one hundred seventy-four dollars and fifty cents ($174.50) as liquidated damages;

27. Plaintiff David Granito has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of six hundred seventy-seven dollars and forty-six cents ($677.46) as actual damages and an equal amount of six hundred seventy-seven dollars and forty-six cents ($677.46) as liquidated damages;

28. Plaintiff David Green has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one thousand nine hundred fifty-five dollars and fourteen cents ($1,955.14) as actual damages and an equal amount of one thousand nine hundred fifty-five dollars and fourteen cents ($1,955.14) as liquidated damages;

29. Plaintiff Eric Hamilton has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of two hundred ninety-five dollars and eighty-five cents ($295.85) as actual damages and an equal amount of two hundred ninety-five dollars and eighty-five cents ($295.85) as liquidated damages;

TOSDAL, SMITH, STEINER & WAX
401 West A Stree, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

30. Plaintiff Mark Hanson has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of five hundred forty dollars and fifty-six cents ($540.56) as actual damages and an equal amount of five hundred forty dollars and fifty-six cents ($540.56) as liquidated damages;

31. Plaintiff David Harrison shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

32. Plaintiff Robert Harrison shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

33. Plaintiff Denise Hignight has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one thousand eight hundred seventy-six dollars and seventy-eight cents ($1,876.78) as actual damages and an equal amount of one thousand eight hundred seventy-six dollars and seventy-eight cents ($1,876.78) as liquidated damages;

34. Plaintiff Douglas Hoyt shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

35. Plaintiff Kelley Hyland has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one thousand three hundred and twenty-nine dollars and twenty-two cents ($1,329.22) as actual damages and an equal amount of one thousand three hundred and twenty-nine dollars and twenty-two cents ($1,329.22) as liquidated damages;

36. Plaintiff Victoria Iredale has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of eight hundred thirty-two dollars and sixty-nine cents ($832.69) as actual damages and an equal amount of eight hundred thirty-two dollars and sixty-nine cents ($832.69) as liquidated damages;

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

11                    CASE NO. CV05-06166 AG(CTx)

37. Plaintiff Glenn Johnson has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one thousand two hundred sixty-seven dollars and eighty-two cents ($1,267.82) as actual damages and an equal amount of one thousand two hundred sixty-seven dollars and eighty-two cents ($1,267.82)as liquidated damages;

38. Plaintiff Robert Joslen has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of eight hundred nineteen dollars and seventy-eight cents ($819.78) as actual damages and an equal amount of eight hundred nineteen dollars and seventy-eight cents ($819.78) as liquidated damages;

39. Plaintiff James W. Lamon shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

40. Plaintiff Dayle Long has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of three hundred fifty-three dollars and seventy cents ($353.70) as actual damages and an equal amount of three hundred fifty-three dollars and seventy cents ($353.70) as liquidated damages;

41. Plaintiff Christian Lopez has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one thousand thirty-seven dollars and thirty-five cents ($1,037.35) as actual damages and an equal amount of one thousand thirty-seven dollars and thirty-five cents ($1,037.35) as liquidated damages;

42. Plaintiff Raul Lopez has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one thousand fifty-eight dollars and zero cents ($1,058.00) as actual damages and an equal amount of one thousand fifty-eight dollars and zero cents ($1,058.00) as liquidated damages;

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

12                    CASE NO. CV05-06166 AG(CTx)

1   43. Plaintiff Carol Lorenz has a judgment against the Defendant
2       COUNTY OF RIVERSIDE in the sum of seven hundred seventy-four
3       dollars and forty-four cents ($774.44) as actual damages and
4       an equal amount of seven hundred seventy-four dollars and
5       forty-four cents ($774.44) as liquidated damages;

6   44. Plaintiff Roman Lugo has a judgment against the Defendant
7       COUNTY OF RIVERSIDE in the sum of three hundred eighty-five
8       dollars and eighty-one cents ($385.81) as actual damages and
9       an equal amount of three hundred eighty-five dollars and
10      eighty-one cents ($385.81) as liquidated damages;

11  45. Plaintiff Robert Luna has a judgment against the Defendant
12      COUNTY OF RIVERSIDE in the sum of one thousand nine hundred
13      and ninety-eight dollars and twelve cents ($1,998.12) actual
14      damages and an equal amount of one thousand nine hundred and
15      ninety-eight dollars and twelve cents ($1,998.12);

16  46. Plaintiff James Leo Marin has a judgment against the Defendant
17      COUNTY OF RIVERSIDE in the sum of four hundred sixty-eight
18      dollars and ninety-one cents ($468.91) as actual damages and
19      an equal amount of four hundred sixty-eight dollars and
20      ninety-one cents ($468.91) as liquidated damages;

21  47. Plaintiff Andrew Mata shall recover nothing against the
22      Defendant COUNTY OF RIVERSIDE;

23  48. Plaintiff Bernadine Matheney shall recover nothing against the
24      Defendant COUNTY OF RIVERSIDE;

25  49. Plaintiff Robert McMurrich shall recover nothing against the
26      Defendant COUNTY OF RIVERSIDE;

27  ///

28  ///

TOSDAL, SMITH, STEINER
& WAX
401 West A Sveet, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

13      CASE NO. CV05-06166 AG(CTx)

50. Plaintiff Robert Mezzie has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of two thousand four hundred dollars and eighty-eight cents ($2,400.88) as actual damages and an equal amount of two thousand four hundred dollars and eighty-eight cents ($2,400.88) as liquidated damages;

51. Plaintiff Stephanie Monarrez shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

52. Plaintiff Manuel Montero has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of fifty dollars and eighty-eight cents ($50.88) as actual damages and an equal amount of fifty dollars and eighty-eight cents ($50.88) as liquidated damages;

53. Plaintiff Arman Morales shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

54. Plaintiff Stephen Montero has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of three hundred eighty-seven dollars and twenty-eight cents ($387.28) as actual damages and an equal amount of three hundred eighty-seven dollars and twenty-eight cents ($387.28) as liquidated damages;

55. Plaintiff Lionel Murphy has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one thousand three hundred eighteen dollars and twenty-two cents ($1,318.22) as actual damages and an equal amount of one thousand three hundred eighteen dollars and twenty-two cents ($1,318.22) as liquidated damages;

///

///

///

14                    CASE NO. CV05-06166 AG(CTx)

1    56.  Plaintiff James Nunley has a judgment against the Defendant
2         COUNTY OF RIVERSIDE in the sum of one thousand four hundred
3         twenty-eight dollars and sixty-eight cents ($1,428.68) as
4         actual damages and an equal amount of one thousand four
5         hundred twenty-eight dollars and sixty-eight cents ($1,428.68)
6         as liquidated damages;

7    57.  Plaintiff Stephanie Nye shall recover nothing against the
8         Defendant COUNTY OF RIVERSIDE;

9    58.  Plaintiff Sheldon Offenbach has a judgment against the
10        Defendant COUNTY OF RIVERSIDE in the sum of two thousand one
11        hundred seven dollars and seventeen cents ($2,107.17) as
12        actual damages and an equal amount of two thousand one hundred
13        seven dollars and seventeen cents ($2,107.17) as liquidated
14        damages;

15   59.  Plaintiff Randy Paulsen has a judgment against the Defendant
16        COUNTY OF RIVERSIDE in the sum of one thousand six hundred
17        forty-five dollars and thirty cents ($1,645.30) as actual
18        damages and an equal amount of one thousand six hundred forty-
19        five dollars and thirty cents ($1,645.30) as liquidated
20        damages;

21   60.  Plaintiff Richard Pearson shall recover nothing against the
22        Defendant COUNTY OF RIVERSIDE;

23   61.  Plaintiff Sally Pearson shall recover nothing against the
24        Defendant COUNTY OF RIVERSIDE;

25   ///

26   ///

27   ///

28   ///

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

62. Plaintiff Ruben Perez has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of three thousand five hundred ninety-three dollars and forty cents ($3,593.40) as actual damages and an equal amount of three thousand five hundred ninety-three dollars and forty cents ($3,593.40) as liquidated damages;

63. Plaintiff Robert Pfeifer has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of four hundred sixty-nine dollars and sixty-five cents ($469.65) as actual damages and an equal amount of four hundred sixty-nine dollars and sixty-five cents ($469.65) as liquidated damages;

64. Plaintiff Robert Portales has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of nine hundred eighty-seven dollars and fifty-one cents ($987.51) as actual damages and an equal amount of nine hundred eighty-seven dollars and fifty-one cents ($987.51) as liquidated damages;

65. Plaintiff Randy Postolan has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of seven hundred eight dollars and eighty-eight cents ($708.88) as actual damages and an equal amount of seven hundred eight dollars and eighty-eight cents ($708.88) as liquidated damages;

66. Plaintiff Craig Ramsey has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one thousand six hundred sixteen dollars and ninety-two cents ($1,616.92) as actual damages and an equal amount of one thousand six hundred sixteen dollars and ninety-two cents ($1,616.92) as liquidated damages;

///

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

67. Plaintiff Michael Redman shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

68. Plaintiff Robert Ridely shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

69. Plaintiff Lewis Skull has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of six hundred eighty-six dollars and ninety-nine cents ($686.99) as actual damages and an equal amount of six hundred eighty-six dollars and ninety-nine cents ($686.99) as liquidated damages;

70. Plaintiff Thomas Segobia shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

71. Plaintiff Robert L. Simmons has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of two hundred ten dollars and twenty-nine cents ($210.29) as actual damages and an equal amount of two hundred ten dollars and twenty-nine cents ($210.29) as liquidated damages;

72. Plaintiff Michael H. Smith shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

73. Plaintiff Robert Solomon-Billings shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

74. Plaintiff Peter Sylves has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one thousand two hundred and fifty-six dollars and thirteen cents ($1,256.13) as actual damages and an equal amount of one thousand two hundred and fifty-six dollars and thirteen cents ($1,256.13) as liquidated damages;

///

///

TOSDAL, SMITH, STEINES & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

17                    CASE NO. CV05-06166 AG(CTx)

75. Plaintiff David Tamez has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one thousand one hundred ninety-seven dollars and sixty-two cents ($1,197.62) as actual damages and an equal amount of one thousand one hundred ninety-seven dollars and sixty-two cents ($1,197.62) as liquidated damages;

76. Plaintiff Terence Teebken has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of eight dollars and sixteen cents ($8.16) as actual damages and an equal amount of eight dollars and sixteen cents ($8.16) as liquidated damages;

77. Plaintiff Benjamin Thompson shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

78. Plaintiff Ronald Thompson shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

79. Plaintiff Doreen Truscott has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one thousand three hundred seventy-four dollars and thirty-three cents ($1,374.44) as actual damages and an equal amount of one thousand three hundred seventy-four dollars and thirty-three cents ($1,374.44) as liquidated damages;

80. Plaintiff Rory Vaughn shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

81. Plaintiff Vance Valardez has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of two hundred eighty-three dollars and seventy-two cents ($283.72) as actual damages and an equal amount of two hundred eighty-three dollars and seventy-two cents ($283.72) as liquidated damages;

///

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

82. Plaintiff Francisco Velasco has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of six hundred ninety-five dollars and twenty cents ($695.20) as actual damages and an equal amount of six hundred ninety-five dollars and twenty cents ($695.20) as liquidated damages;

83. Plaintiff Michael Voye shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

84. Plaintiff William Walker shall recover nothing against the Defendant COUNTY OF RIVERSIDE;

85. Plaintiff Glenn A. Warrington has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of five thousand ten dollars and ninety-three cents ($5,010.93) as actual damages and an equal amount of five thousand ten dollars and ninety-three cents ($5,010.93) as liquidated damages;

86. Plaintiff William Wieber has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of one hundred seven dollars and eighty-seven cents ($107.87) as actual damages and an equal amount of one hundred seven dollars and eighty-seven cents ($107.87) as liquidated damages;

87. Plaintiff Ole Williams has a judgment against the Defendant COUNTY OF RIVERSIDE in the sum of two thousand eight hundred ninety dollars and thirty-nine cents ($2,890.39) as actual damages and an equal amount of two thousand eight hundred ninety dollars and thirty-nine cents ($2,890.39) as liquidated damages;

///
///
///

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1  88.  Plaintiff David Witherby has a judgment against the Defendant
2      COUNTY OF RIVERSIDE in the sum of seven hundred eighty-eight
3      dollars and fifty-one cents ($788.51) as actual damages and an
4      equal amount of seven hundred eighty-eight dollars and fifty-
5      one cents ($788.51) as liquidated damages.

6  SUM OF TOTAL DAMAGES:

7      Actual damages total sixty-three thousand five hundred eighty-
8  one dollars and sixty-three cents ($63,581.63).

9      Liquidated damages total sixty-three thousand five hundred
10 eighty-one dollars and sixty-three cents ($63,581.63).

11     Damages to be awarded among plaintiffs total one hundred
12 twenty-seven thousand one hundred sixty-three dollars and twenty-
13 six cents ($127,163.26).

14 INTEREST:

15 1.  Plaintiffs shall recover from Defendant COUNTY OF RIVERSIDE
16 pre-judgment interest at _____ percent (___%) calculated from
17 each regular payday of the employee on which the wages were unpaid,
18 according to proof.

19 2.  Post-judgment interest shall accrue on this judgment from the
20 date of entry, as set forth in the Memorandum Re: Interest
21 Accompanying [Proposed] Final Judgment, attached hereto as Exhibit
22 A.

23 COSTS AND ATTORNEYS' FEES:

24 1.  Subject to a forthcoming Notice of Application to the Clerk to
25 Tax Costs and proposed Bill of Costs (Form CV-59, L.R. 54-1),
26 Plaintiffs as prevailing parties shall recover costs against
27 Defendant COUNTY OF RIVERSIDE in an amount to be determined.
28 ///

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1  2.   Subject to further law and motion proceedings, Plaintiffs

2  shall recover attorneys fees against Defendant COUNTY OF RIVERSIDE,

3  as allowed by law (29 U.S.C. §216), in an amount to be determined.

4

5

6  **IT IS SO ORDERED.**

7

8

9  DATED:_____

                                    _____

                                    Honorable Andrew J. Guilford

10                                      United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

21        CASE NO. CV05-06166 AG(CTx)