JON Y. VANDERPOOL, ESQ., (CSB NO. 161611)
ANGELA M. JAE, ESQ. (CSB NO. 248571)
GEORGIANA D'ALESSANDRO, ESQ. (CSB NO. 259397)
TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Fax: (619) 239-6048
E-mail: jvanderpool@tosdalsmith.com
E-mail: ajae@tosdalsmith.com
E-mail: gdalessandro@tosdalsmith.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| RONALD FARRIS, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTY OF RIVERSIDE,<br><br>        Defendant. | CASE NO. CV05-06166 AG(CTx)<br>Hon. Andrew J. Guilford<br>Courtroom: 10 D<br><br>**STIPULATION and [Proposed] ORDER RE: PLAINTIFFS' ATTORNEYS' FEES AND RECOVERABLE COSTS**<br>[29 U.S.C. §216(b); Fed. R. Civ. Proc. § 54(d)] |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant County of Riverside, through their attorneys of record, as follows:

## RECITALS

1.    The Court signed and entered judgment on plaintiffs' claims on April 26, 2011. (Doc. No. 413.)

2.    The judgment provides that "Attorneys' fees, costs and interest are subject to further law and motion proceedings." (Id. At p. 17.)

3.    Counsel have conferred at length and exchanged information and authorities related to legal and factual issues bearing upon plaintiffs' requests for fees and costs reimbursements.

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1        4.     Plaintiffs are prepared to timely file their fee motion and costs memorandum. The

2    County is prepared to timely file its renewed motion for judgment as a matter of law, or in the

3    alternative motion for partial new trial ("JMOL"), to perfect grounds for an appeal.

4    **STIPULATION**

5        1.     Based upon information exchanged in good faith and in order to avoid the time,

6    expense and incumbent risks of litigating fee and cost reimbursement, the parties stipulate that

7    $584,000 is a reasonable amount to be reimbursed to plaintiffs' for fees and costs incurred in the

8    aggregate.

9        2.     That there be no appeal of the judgment is a material term for the parties' agreeing

10   to the fee and cost reimbursement amount. Timely filing of a notice of appeal by any party shall

11   negate the parties' stipulation to the amount.

12       3.     The parties further stipulate that in the event any party files a timely notice of appeal,

13   plaintiffs will not raise any timeliness objection to the County then filing within 28 days its renewed

14   JMOL motion pursuant to Rule 50(b) and/or a motion to vacate the entry of judgment pursuant to

15   Rule 60(b) so that the County may file a Rule 50(b) motion. Plaintiffs also stipulate that in the event

16   any party timely files a notice of appeal, the County will be deemed to have perfected its appeal.

17       4.     The parties further stipulate that in the event any party files a timely notice of appeal,

18   plaintiffs may file their fee motion and costs memorandum within 28 days.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

5. Providing that no notice of appeal of the judgment is timely filed and served, the County warrants payment of the stipulated fee and cost reimbursement amount to plaintiffs' attorneys within 90 days of entry of the order on this stipulation. The parties agree that the Court will retain jurisdiction to enforce the terms of this Stipulation.

IT IS ALSO HEREBY STIPULATED that this Stipulation may be executed in counterparts and that facsimile or scanned signatures to this Stipulation may be used for all purposes in lieu of original signatures.

IT IS SO STIPULATED.

Dated: May 20, 2011

LIEBERT CASSIDY WHITMORE

By: _____
Brian P. Walter
Laura J. Kalty
Attorneys for Defendant
COUNTY OF RIVERSIDE

Dated: May 20, 2011

TOSDAL, SMITH, STEINER & WAX

By: _____
Jon Y. Vanderpool
Georgiana D'Alessandro
Attorneys for Plaintiffs
RONALD FARRIS, ET AL.

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048